CRIMINAL COMPLAINT

FILED LODGED
RECEIVED COPY
MAY 2 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
DEPUTY

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>DAVID BENJAMIN (aka DeJohn Smith), [redacted] U.S. Citizen<br>MARQUISE IRVIN COLLINS, [redacted] U.S. Citizen<br>CHRISTIAN ANDRY, [redacted] U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>14-05861M- |

Complaint for violation of Title 18, United States Code §§ 1594(c), 1591 (a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:
From in and around April 1, 2014 and continuing to on or about April 22, 2014, in or near Tucson, in the District of Arizona and elsewhere, DAVID BENJAMIN aka DeJohn Smith, MARQUISE IRVIN COLLINS, and CHRISTIAN ANDRY, named herein as co-defendants, in and affecting interstate commerce, did knowingly and voluntarily combine, conspire, confederate, and agree with each other to violate Title 18, United States Code, Sections 1591(a)(1) and 1591(a)(2), that is, to knowingly recruit, entice, harbor, transport, provide, obtain, maintain by any means, and to benefit financially and by receiving a thing of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained and maintained in and affecting interstate commerce, I.R., knowing and in reckless disregard of the fact that means of force, threats of force, fraud and coercion, as defined in Title 18 United States Code 1591(e)(2), and any combination of such means, would be used to cause I.R. to engage in a commercial sex acts. All in violation of Title 18, United States Code, Sections 1594(c), 1591(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
On a date uncertain in 2013, BENJAMIN contacted I.R., a 19 year old female, through social media. Based upon BENJAMIN'S representations, I.R. was under the belief that BENJAMIN was going to assist her in obtaining her high school diploma and was going to introduce I.R. to the modeling business and employ her to be a club promoter. Based upon BENJAMIN'S representation, I.R. traveled to California. Soon after I.R. arrived in California, she was electronically advertised by BENJAMIN for prostitution services on Internet websites in the District of California and the District of Arizona. I.R. was transported via a rental car containing BENJAMIN and ANDRY from the District of California to the District of Arizona. I.R. was harbored in various hotels/motels in the Phoenix and Tucson, Arizona areas. ANDRY would use false identification and cash to rent rooms at hotels/motels and BENJAMIN and ANDRY would utilize I.R.'s debit card, as I.R. was not allowed to keep her debit card. The proceeds from I.R.'s prostitution activities would be given to BENJAMIN or ANDRY. In agreement with BENJAMIN, COLLINS acted in the capacity of a "security guard" for I.R. and would transport I.R. to prostitution appointments, protect I.R. during appointments, and received payment for his involvement. BENJAMIN and ANDRY supplied I.R. with condoms, lubrication, and sponges, used for the purpose of prostituting while menstruating, in furtherance of I.R. performing commercial sex acts.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| | |
|---|---|
| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA KER<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>[signature]<br>OFFICIAL TITLE & NAME:<br>Special Agent [signature] |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>[signature] | DATE<br>May 2, 2014 |

[1)] See Federal rules of Criminal Procedure Rules 3 and 54

14-05861M-

During this time, I.R. did not feel free to leave, and had a fear for her life and the lives of her family members. I.R. was given a daily "quota" and had to adhere to a pricing structure for the commercial sex acts as set forth by BENJAMIN