IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Christian Kaylynn Andrey aka "Lola"; David Benjamin aka "DeJohn Smith"; and Marquise Diamante Irvin-Collins aka "Luche",<br>Defendants. | CR 14-957-TUC-RM(DTF)<br>**ORDER** |

Upon motion of the Government and good cause appearing, it is ORDERED unsealing the Government's Ex Parte Application for Material Witness Arrest Warrant.

DATED this 4th day of August, 2014.

D. Thomas Ferraro
United States Magistrate Judge

R. Jones, J. Paris, B. Castrillo, A. Aguilar